Law Office of
# Richard G. Poinsett

2 Eaton Street, Suite 502
Hampton, VA 23669
(757) 825-5577

Richard G. Poinsett

Linda W. Coppinger

Facsimile

(757) 825-0194

April 1, 2011

Clerk, U.S. Bankruptcy Court
600 Granby St., Room 400
Norfolk, VA 23510

RE:   Gooden, Donnie J.
      Case No. 08-50903

Dear Sir:

This is to advise you that the above debtor has moved since the filing of the petition. The debtor's new address is:

> 5770 Tyshire Parkway
> Providence Forge, VA 23140

Please change your records accordingly.

Sincerely,

*Richard G. Poinsett /fmd*

Richard G. Poinsett

RGP/fmd
cc:   R. Clinton Stackhouse, Jr., Trustee
FMD\CH13BKR\ADDCHG