210B (12/09)

# United States Bankruptcy Court

Eastern District of Virginia
Case No. 08-50903-SCS
Chapter 13

In re: Debtor(s) (including Name and Address)

Donnie James Gooden
5770 Tyshire Parkway
Providence Forge VA 23140

## NOTICE OF TRANSFER OF CLAIM

Claim No. _____ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim in the clerk's office of this court on 05/09/2012 (date).

Name and Address of Alleged Transferor:

Claim No. 4: NAVY FEDERAL CREDIT UNION, PO BOX 3000, MERRIFIELD, VA 22119

Name and Address of Transferee:

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/12/12

William C. Redden
**CLERK OF THE COURT**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 08-50903-SCS
Donnie James Gooden                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-6          User: jonesmoz          Page 1 of 2          Date Rcvd: May 10, 2012
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2012.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
8429832        +E-mail/Text: ext_ebn_inbox@navyfederal.org May 11 2012 06:33:39     NAVY FEDERAL CREDIT UNION,
                 PO BOX 3000,   MERRIFIELD, VA 22119-3000
                                                                                                  TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0422-6          User: jonesmoz              Page 2 of 2                  Date Rcvd: May 10, 2012
                              Form ID: trc                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2012 at the address(es) listed below:

        D. Carol Sasser   on behalf of Creditor  America's Servicing Company, servicer for Wells Fargo Bank, NA dsasser@siwpc.com, rjones@siwpc.com;kthomas@siwpc.com;kbeaudoi@siwpc.com;clacerte@siwpc.com;selliott@siwpc.com;lgodwin@siwpc.com

        R. Clinton Stackhouse   administrator@rcsch13.com

        Richard G. Poinsett   on behalf of Debtor Donnie Gooden ecf@bolemanlaw.com, ecfbackup@bolemanlaw.com

        TOTAL: 3

Case 08-50903-SCS    Doc 45    Filed 05/12/12    Entered 05/13/12 00:46:28    Desc Imaged
Certificate of Notice    Page 3 of 3